**SEEMA FINANCIALS & MGMT., INC., et al., Appellants,**

v.

**NORTHWEST MISSOURI AUTOMATIC SPRINKLER CORP., Respondent.**

**No. WD 75218.**

Missouri Court of Appeals, Western District.

June 25, 2013.

John Edmiston, Warrensburg, MO, for appellant.

Jack Lewis, North Kansas City, MO, for respondent.

Before: GARY D. WITT, P.J., THOMAS H. NEWTON, and MARK D. PFEIFFER, JJ.

**ORDER**

PER CURIAM:

Seema Financials & Management, Inc. (Seema) appeals the trial court's judgment imposing a mechanic's lien on property owned by Seema in favor of Northwest Missouri Automatic Sprinkler Corporation.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).